# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00217-CV

**In re Kirt Allen Esthay**

## ORIGINAL PROCEEDING FROM CONCHO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator, Kirt Allen Esthay, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In his petition, Esthay asks us to issue a writ of mandamus directed to the Runnels County Sheriff and the Concho County District Clerk.

By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. Neither the Runnels County Sheriff nor the Concho County District Clerk is a party against whom we may issue a writ of mandamus. Nor has Esthay demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant Esthay any relief. Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   April 15, 2015